**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Valdez DOMINGUEZ,
Defendant–Appellant.**

No. 05–13315

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 23, 2006.

Gustavo J. Garcia–Montes, Gustavo J. Garcia Montes, P.A., Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gustavo J. Garcia–Montes, appointed counsel for Jose Valdez Dominguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dominguez's conviction and sentence are **AFFIRMED.**